**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| THOR ARTLEY LLC and THOR ARTLEY II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. PORT SERVICES, INC.,<br><br>Defendant. | CIVIL ACTION FILE<br>1:26-cv-02340-TWT-RDC |

## ORDER DIRECTING ENTRY OF CONSENT JUDGMENT

Upon consideration of the Joint Motion for Entry of Consent Judgment (ECF No. 14) filed by Plaintiffs Thor Artley LLC and Thor Artley II LLC and Defendant U.S. Port Services, Inc., and the proposed Consent Judgment attached thereto as Exhibit A, the Court finds as follows:

1. The Parties have knowingly and voluntarily stipulated and consented to entry of judgment in favor of Plaintiffs and against Defendant in the amount of $1,822,723.32.

2. The proposed Consent Judgment is not unconstitutional, unlawful, unreasonable, or contrary to public policy.

3. The terms of the proposed Consent Judgment represent a reasonable factual and legal conclusion based on the facts of record, as established by the pleadings and the Parties' stipulation.

4. The terms of the proposed Consent Judgment are fair and reasonable, and the product of compromise.

5. The proposed Consent Judgment does not unreasonably affect the rights of third parties.

Accordingly, it is hereby **ORDERED** that the Joint Motion for Entry of Consent Judgment (ECF No. 14) is **GRANTED**; and it is further **ORDERED** that the Clerk is **DIRECTED** to enter the Consent Judgment attached to the Joint Motion as **Exhibit A**.

SO ORDERED this 26th day of October, 2026.

THOMAS W. THRASH JR.
UNITED STATES DISTRICT JUDGE