**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| THOR ARTLEY LLC and THOR ARTLEY II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. PORT SERVICES, INC.,<br><br>Defendant. | ) | CIVIL ACTION FILE<br>1:26-cv-02340-TWT-RDC |

# <u>CONSENT JUDGMENT</u>

Plaintiffs Thor Artley LLC and Thor Artley II LLC (collectively, "Plaintiffs") and Defendant U.S. Port Services, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree to entry of judgment in favor of Plaintiffs and against Defendant in the amount of One Million Eight Hundred Twenty-Two Thousand Seven Hundred Twenty-Three and 32/100 Dollars ($1,822,723.32), representing past due Annual Base Rent and Additional Rent under the following three Commercial Leases for premises at Artley Industrial Park, 25-27 Artley Road, Savannah, Georgia 31408:

(i) Suite 27-3 Lease dated March 10, 2023 (approximately 37,500 square feet);

(ii) Suite 27-2 Lease dated March 21, 2023 (approximately 50,000 square feet); and

(iii) Suite 27-6 Lease dated September 29, 2023 (approximately 37,500 square feet).

(collectively, the "Leases").

The Parties acknowledge that Plaintiffs are entitled to entry of judgment in the amount of $1,822,723.32 against Defendant.

This Consent Judgment is entered pursuant to and is enforceable only in conjunction with the confidential Settlement Agreement and Release entered into between the Parties.

Defendant hereby waives all appeal rights with respect to this Consent Judgment, and consents to the entry of judgment in the full amount of $1,822,723.32 in favor of Plaintiffs and against Defendant.

Respectfully submitted this 23rd day of September, 2026.

*/s/ Patrick B. Reagin*
**Holland & Knight LLP**
Patrick B. Reagin
Georgia Bar No. 502117
Talis C. Trevino
Georgia Bar No. 181896
1180 West Peachtree Street NW
Suite 1800
Atlanta, GA 30309
Telephone: (404) 817-8500
Facsimile: (404) 881-0470
Email: patrick.reagin@hklaw.com
Email: talis.trevino@hklaw.com

*Attorneys for Plaintiffs*

*/s/ Todd M. Baiad*
**Bouhan Falligant LLP**
Todd M. Baiad
Georgia Bar No. 031605
One West Park Ave
Savannah, GA 31401
Telephone: (912) 644-5742
Facsimile: (912) 233-0811
Email: tmbaiad@bouhan.com

**Liberatore, Deboer & Ryan, P.C.**
John M. Ryan, Esq.
(*pro hac vice* admission pending)
150 Boush Street, Suite 604
Norfolk, VA 23510
Telephone: (757) 333-4500

**Thor Artley LLC**

Signed:______________________

By: Joseph J. Sitt

Its: Authorized Signatory

**Thor Artley II LLC**

Signed:______________________

By: Joseph J. Sitt

Its: Authorized Signatory

Facsimile: (757) 333-4501
Email: jryan@ldrfirm.com

*Attorneys for Defendant*

**U.S. Port Services Inc.**

Signed: David Poole

By: David Poole

Its: President

KEVIN P. WEIMER
CLERK OF COURT

By: s/Andrea Gee
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 26, 2026
Kevin P. Weimer
Clerk of Court

By: s/ Andrea Gee
Deputy Clerk